

NUMBER 13-14-00203-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN RE REBECCA GALLARDO

On Petition for Writ of Mandamus.

# ORDER

### Before Justices Garza, Benavides, and Perkes
### Per Curiam Order

Relator, Rebecca Gallardo, proceeding pro se, filed a petition for writ of mandamus in the above cause on April 1, 2014. This petition for writ of mandamus joins an appeal currently pending in this Court in our cause number 13-14-00132-CV, arising from the same underlying matters. Relator has now filed a motion for emergency temporary relief seeking to stay the trial court proceedings in cause number 2013DCV2741-B in the 117th District Court of Nueces County, Texas. According to relator, a hearing has been set in that cause regarding whether the case should be dismissed for want of prosecution for October 15, 2014.

The Court, having examined and fully considered the motion for emergency temporary relief, is of the opinion that said motion should be granted. Relator's motion for emergency temporary relief is hereby GRANTED, and the trial court proceedings in cause number 2013-DCV2741-B are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
14h day of October, 2014.

2